UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

**IN RE:**
JOHNNIE LEE GRAVES
Debtor.
_____ /

CHAPTER 13
CASE NO. 17-52726
JUDGE: Tucker

### STIPULATION FOR ENTRY OF ORDER ADJOURNING HEARING

Debtor, Johnnie Lee Graves, by and through his attorney, Jack Berman, Jon Lieberman, Attorney for U.S. Bank National Trust Association and Michael Brown, Attorney for the Wayne County Treasurer, do hereby stipulate to the entry of Order Adjourning the Motion For Relief which is attached hereto labeled Exhibit A.

Stipulated and Approved for entry:

/s/Jack Berman
Jack Berman (P10737)
45100 Sterritt, Suite 104
Utica, MI 48317
JackBerman72@gmail.com
(586) 779-6000

/S/ Michael Brown
Michael Brown (P71385)
Kilpatrick & Associates, P.C.
903 N. Opdyke Rd., Ste. C
Auburn Hills, MI 48326
248-377-0700

/S/Jon Lieberman
Jon Lieberman (P79786)
394 Wards Corner Road, Ste. 180
Loveland, Ohio 45140
513-444-4100

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION-DETROIT

**IN RE:**
JOHNNIE LEE GRAVES
Debtor.
_____ /

CHAPTER 13
CASE NO. 17-52726
JUDGE: Tucker

## ORDER ADJOURNING MOTION FOR RELIEF

The parties having stipulated to adjourn the originally scheduled Motion For relief filed by the Wayne County Treasurer from February 11, 2021 at 9:00 A.M. **to March 12, 2021 at 9:00 A.M. by teleconference pursuant to the current practice of this court;**

Exhibit A